# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 08 0331 SI

E-filing

FILED

UNITED STATES OF AMERICA,

V.

THOMAS REIK,
a/k/a/ Thomas Otto,

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS:
18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography; 18 U.S.C. §
2252(a)(4)(B) - Possession of Child Pornography

---

INDICT

A true bill.

_____
Foreman

Filed in open court this 15 day of MAY 2008

BETTY FONG
Clerk   EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Bail Warrant   Bail. $ _____

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(2)– Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B)– Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:

See Attached Penalty Sheet

**DEFENDANT - U.S.**

▶ THOMAS REIK, a/k/a Thomas Otto

**DISTRICT COURT NUMBER**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Immigration & Customs Enforcement (ICE)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Erika R. Frick

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

Case 3:08-cr-00331-SI   Document 1   Filed 05/15/2008   Page 3 of 4

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR N0 8        0331 |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography |
| v. | ) |
| THOMAS REIK, a/k/a Thomas Otto, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:  (18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography)

Beginning on or about March 10, 2006 and continuing until on or about May 2, 2006, in the Northern District of California, the defendant,

THOMAS REIK,
a/k/a Thomas Otto,

did knowingly receive at least one visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, by computer, knowing that the production of such visual depiction involved a minor engaging in sexually explicit conduct and that such visual

INDICTMENT

depition was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)

On or about May 2, 2006, in the Northern District of California, the defendant,

THOMAS REIK,
a/k/a Thomas Otto,

did knowingly possess at least one matter, namely a Hewlett Packard Pavillion 6735 computer, serial number KR03073504, and hard drive, which contained at least one visual depiction that had been shipped and transported in interstate and foreign commerce, by computer, knowing that the production of such visual depiction involved a minor engaging in sexually explicit conduct and that such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

DATED:
5-15-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____ )
AUSA Frick

INDICTMENT                                          2