JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   Email:  erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0331 SI |
| Plaintiff, | |
| v. | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| THOMAS REIK, a/k/a Thomas Otto, | |
| Defendant. | |

To the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner THOMAS REIK, a/k/a Thomas Otto.  The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0331SI

the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the following writ.

DATED: May 21, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ERIKA R. FRICK
Assistant United States Attorney

IT IS SO ORDERED.

DATED:

_____
HON. EDWARD M. CHEN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0331SI

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the California State Prison (CSP) Solano in Vacaville, California 95696, (707) 451-0182.

**GREETINGS**

The prisoner, THOMAS REIK, a/k/a Thomas Otto, Inmate # F068127, is in custody in the above-referenced institution. He is required to appear FORTHWITH before the Duty Magistrate Judge on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate Judge of the U.S. District Court for the Northern District of California FORTHWITH. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                                                    CLERK
                                                          UNITED STATES DISTRICT COURT
                                                          NORTHERN DISTRICT OF CALIFORNIA

                                                          _____
                                                          DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0331SI