1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ERIKA R. FRICK (CSBN 208150)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       Email: erika.frick@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR 08-0331 SI
                                      )
14 |     Plaintiff,                   )
                                      )   **PETITION FOR WRIT OF HABEAS**
15 |   v.                             )   **CORPUS AD PROSEQUENDUM**
                                      )
16 | THOMAS REIK,                     )
     a/k/a Thomas Otto,               )
17                                    )
         Defendant.                   )
18                                    )
                                      )
19

20      To the Honorable Edward M. Chen, United States Magistrate Judge of the United States

21 District Court for the Northern District of California:

22      The United States of America respectfully petitions the Court to issue a Writ of Habeas

23 Corpus Ad Prosequendum for the prisoner THOMAS REIK, a/k/a Thomas Otto. The prisoner is

24 required to appear in the above-referenced matter FORTHWITH for his initial appearance before

25 //

26 //

27 //

28

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0331SI

1 | the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in
2 | the following writ.
3 |
4 | DATED: May 21, 2008                    Respectfully submitted,
5 |                                         JOSEPH P. RUSSONIELLO
  |                                         United States Attorney
6 |
7 |
8 |                                         /s/
  |                                         ERIKA R. FRICK
9 |                                         Assistant United States Attorney
10 | IT IS SO ORDERED.
11 |
12 | DATED: 5/21/08
13 |
14 |                                         HON. EDWARD M. CHEN
  |                                         United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0331SI

2

|    |    |
|----|----|
| 1  | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2  | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3  | authorized deputies; and the Jailor, Warden, or Sheriff of the California State Prison (CSP) |
| 4  | Solano in Vacaville, California 95696, (707) 451-0182. |
| 5  | **GREETINGS** |
| 6  | The prisoner, THOMAS REIK, a/k/a Thomas Otto, Inmate # F068127, is in custody in |
| 7  | the above-referenced institution. He is required to appear FORTHWITH before the Duty |
| 8  | Magistrate Judge on criminal charges now pending against him in the United States District |
| 9  | Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, |
| 10 | California 94102. Accordingly, |
| 11 | WE COMMAND that you produce the prisoner before the Duty Magistrate Judge of the |
| 12 | U.S. District Court for the Northern District of California FORTHWITH. You shall produce the |
| 13 | prisoner at all times necessary until the termination of the proceedings in this Court. |
| 14 | Immediately thereafter, you shall abide by whatever further order the Court may make |
| 15 | concerning his custody. |
| 16 | WE FURTHER COMMAND that if the prisoner is to be released from custody in the |
| 17 | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States |
| 18 | Marshal or any of his authorized deputies pursuant to this writ. |
| 19 | WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United |
| 20 | States District Court for the Northern District of California. |
| 21 |  |
| 22 | DATED:                                                  CLERK |
|    |                                                          UNITED STATES DISTRICT COURT |
| 23 |                                                          NORTHERN DISTRICT OF CALIFORNIA |
| 24 |  |
| 25 |                                                          _____ |
|    |                                                          DEPUTY CLERK |
| 26 |  |
| 27 |  |
| 28 |  |

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 08-0331SI

3