# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/15/08

Case No.   CR-08-0331 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- THOMAS REIK (C)

Attorneys:   E. Frick        J. Linker

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD

2) 
3) 
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                PART

Case continued to **9/22/08 @ 11:00 a.m.**   for Status

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due  , Opposition  Reply  )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends:**
(                    )

ORDERED AFTER HEARING:
The U.S. Marshal shall help the defendant locate his eye glasses.

The parties are in the process of producing and reviewing discovery.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )